UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                    Case No. 15-16903
                                          Chapter 13
JENNIFER M. BENTLEY

            Debtor
_____/

# DEBTOR'S OBJECTION TO CREDITOR U.S. BANK NATIONAL ASSOCIATION'S NOTICE OF MORTGAGE PAYMENT CHANGE, CLAIM NUMBER #1

*IMPORTANT NOTICE TO CREDITOR:  THIS IS AN OBJECTION TO YOUR CLAIM*

*This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf.  Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended. Upon the filing of this objection an expedited hearing on this objection will be scheduled on the date already scheduled for the confirmation hearing in accordance with Local Rule 3007-1(B)(2).*

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1(B)(2), the debtor objects to the following claim filed in this case:

**CLAIM NO. 1: U.S. Bank National Association, Notice of Mortgage Payment Change**

**The debtor is participating in the Mortgage Modification Mediation Program.  As such, the debtor requests that the Notice of Mortgage Payment Change be stricken.**

The undersigned acknowledges that this objection and the notice of hearing for this objection will be served on the claimant at least 14 days prior to the confirmation hearing date and that a certificate of service conforming to Local Rule 2002-1(F) must be filed with the court when the objection and notice of hearing are served.

DATED: 5/5/2016

                                          **The Law Office of Verna Popo, P.A.**
                                          2 S. Biscayne Blvd., Suite 3200
                                          Miami, FL 33131
                                          Telephone: 305-746-1908
                                          Fax: 877-412-0896
                                          Email: vpopo@vplawgroup.com

                                          By: /s/ *Verna Popo, Esq.*
                                          Verna Popo, Esq.
                                          Florida Bar No. 16900