**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:

JENNIFER MINEON BENTLEY                    CASE NO.    15-16903-AJC

Debtor.                    CHAPTER    13

_____/

**RESPONSE TO DEBTOR'S OBJECTION TO U.S. BANK**
**NATIONAL ASSOCIATION'S NOTICE OF MORTGAGE PAYMENT CHANGE**

Creditor, Specialized Loan Servicing LLC as servicing agent for U. S. Bank National Association, as Trustee for the owners of Terwin Micro Asset-Backed Securities, Series 2007-QHL1, by and through undersigned counsel, files its Response to Debtor's Objection to U.S. Bank National Association's Notice of Mortgage Payment Change [Doc. No. 69] ("Debtor's Objection") and states:

1.      Creditor holds a secured claim by virtue of its note and mortgage on the property located at 19710 NW 11th Court, Miami, Florida 33169.

2.      Creditor filed its Notice of Payment Change, pursuant to Fed. R. Bankr. P. 3002.1(b), as well as Local Rule 3070.1(B).

3.      The Confirmed Plan states that in the event the parties cannot reach a settlement through the pending mediation, one of the three options the Debtor is required to exercise is conforming to Creditor's Proof of Claim.

4.      As the Notice of Payment Change is considered a supplement to the Proof of Claim under Fed. R. Bankr. P. 3002.1(d), Creditor correctly filed its Notice of Payment Change to ensure proper conformance to its Proof of Claim, in the event the mediation results in an impasse and the Debtor exercises the stated option.

**WHEREFORE**, Creditor respectfully requests the Court overrule Debtor's Objection or, in the alternative, abate Creditor's Notice of Payment Change until the Final Report is filed by the mediator and for such other and further relief as the Court deems appropriate.

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served by CM/ECF notice to the parties below this 9th day of June, 2016.

**BUCKLEY MADOLE, P.C.**

*/s/ Austin M. Noel*
Austin M. Noel, Esquire
Florida Bar Number 106539
Buckley Madole, P.C.
P.O. Box 22408
Tampa, FL 33622
Telephone/Fax: 813-774-6221
bkfl@buckleymadole.com

Jennifer Mineon Bentley
c/o counsel for Debtor
19710 NW 11th Court
Miami, FL 33169-3006

Verna Popo ESQ.
The Law Office of Verna Popo P.A.
141 NE 3rd Ave
Suite 806
Miami, FL 33132-2207

**Chapter 13 Trustee**
Nancy K. Neidich
POB 279806
Miramar, Florida 33027